CIVIL RIGHTS COMPLAINT PURSUANT TO II ADA, Sec. 1900

42 U.S.C. 1983 & 2245, 2255, Title #5 & F. O. I. A., TORT

ACT AND INTERNATIONAL LAWS AND TREATIES

IN THE UNITED STATES SUPREME COURT USA

ATLANTA, GEORGIA -- MULTIPLE DISTRICT COURTS

Petitioner Harry Lyde, GDC# 1211352

VS.

Respondent George Bush, President

of U. S.A

Gov Sonny Purdue of Georgia

Gov Mark Spitzer of New York

Gov of Pennsylvania

Cuamo Atty General *the* NYS United States

Att. General. michael mukassy

T. Baker Atty General *the* States GA.

US Judiciary Senators and Representatives

Chairman Waxman, HR

Chair Canyor HR, Chair Laehy US

ET. AL:

All Respondents: Warden: Alexis Chase GA.

Men's State Prison

Telecommunication
Comm unities

Civil Case 1:08 - CV - 0710

Title: Writ of Habeas Corpus

and Interloctory Cert

530 PJH (PR)

FILED
MAR 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 of 15

IN THE UNITED STATES ~~DISTRICT~~ *Supreme* COURT *USA*
FOR THE ~~NORTHERN DISTRICT~~ OF GEORGIA *in US, Penn'a D.C. a Wash.*
*D.C. # 12 # 3 # 11a. Cir.* ~~~~ *multiple Dist.*
*Washington D.C.*

FORM FOR USE IN APPLICATION FOR HABEAS CORPUS *AND Weit of*
*Interloctory Certincio-* UNDER 28 U.S.C. § 2254 *2255 Title # 5, 2 Sec # 1900*
*42 USC 1983 F.O.I.A, Tort Act Violation International Law*

NAME  *Harry T. Lyde*

PRISON NUMBER  *GDC # 1211352*

PLACE OF CONFINEMENT  *Mens State prison Po Box 396 Hardwick Ga 31034*

CIVIL CASE NO.  *1:08 - CV - 0710*

(To be supplied by Clerk of U.S. District Court)

*Harry T. Lyde    US.* , PETITIONER

(Full name)

*Prus: George W Bush AND Alexis E.L. Chase*, RESPONDENT

(Name of Warden,) Superintendent, Jailor, or

authorized person having custody of Petitioner)  *Et:Al See Briefs*

(If petitioner is attacking a judgment which imposed a sentence to be served in the
future, petitioner must fill in the name of the state where the judgment was entered.
If petitioner has a sentence to be served in the future under a federal judgment which
he wishes to attack, he should file a motion under 28 U.S.C. § 2255 in the federal court
which entered the judgment.)

*awrit of Certiiari* PETITION FOR WRIT OF HABEAS CORPUS *and Enter loctory*
BY A PERSON IN STATE CUSTODY *Form modified*
*Because U.S.G Ct. Rules that will Decided Due process*

I.   INSTRUCTIONS (Read carefully)

(1)   This petition must be legibly handwritten or typewritten and signed by petitioner
under penalty of perjury. Any false statement of a material fact may serve as the basis
for prosecution and conviction for perjury. All questions must be answered concisely
in the proper space on the form.

(2)   Additional pages are not permitted except with respect to the facts which you rely
upon to support your grounds for relief. No citation of authorities need be furnished.
If briefs or arguments are submitted, they should be submitted in the form of a
separate memorandum.

(3)   Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

*Fed.*

(4) If you do not have the necessary filing fee, you may use the attached affidavit to make a request to proceed in forma pauperis, setting forth information establishing your inability to prepay the fees or costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer of the institution in which you are confined fill in and sign the certificate at the end of the affidavit, certifying the amount of money and securities on deposit to your credit in any account at the institution.

(5) You may challenge in a single petition only judgments entered by one court. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When you have completed the petition, mail an original and two copies to: CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 128, MACON, GEORGIA 31202. Keep the Clerk informed of changes in your address. Include a reference to the civil action number of your petition (if assigned), your prison identification number, and your present address in all correspondence with the Clerk or the court.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## II.  PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Superior Court of Glynn County State of Georgia

2. Date of judgment of conviction  3 day of March 2006

3. Length of sentence  110 yr to do 30 years  No parole No probation

4. Nature of offense involved (all counts) 3 counts Agg. Sodomey 1 count Child
   Molestation agg. * 2003 S.Ct. US 5 to 4 Sodomy Laws G.A UN-Const.

5. What was your plea? [ ✓ ] not guilty; [ ] guilty; [ ] nolo contendere.

   If you entered a guilty plea to one count or indictment and a not guilty plea to

   another count or indictment, give details:  NO

6. Kind of trial: [ ✓ ] jury; [ ] judge only.

7. Did you testify at the trial? [ ✓ ] Yes  [ ] No.

8. Did you appeal from the judgment of conviction? [ ✓ ] Yes  [ ] No.

2  Jed

9. If you did appeal, answer the following:

    (a) Name of court _Superior Court Glynn County Ga._
    (b) Result _No Answer_
    (c) Date of result _No Answer_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court--state or federal? [ ] Yes [X] No.

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court _____ N/A _____
        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application, or motion? [ ] Yes [ ] No.
        (5) Result _____
        (6) Date of result _____

    (b) As to any second petition, application, or motion, give the same information:

        (1) Name of court _____ See Brief _____
        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application, or motion? [ ] Yes [ ] No.
        (5) Result _____
        (6) Date of result _____

    (c) As to any third petition, application, or motion, give the same information:

        (1) Name of court _(These) Form is Modified to help_
        (2) Nature of proceeding _the court under Stand the Problems_
        (3) Grounds raised _Caused by Violations By Fed. Court_
        _A.C.L.U. VS. Bush AND AC(U VS Inter Comm, COS_
        _US No. Dist of GA. Judge (Rome) GA Stoping Help from USA the ople_
        (4) Did you receive an evidentiary hearing on your petition, application, or motion? [ ] Yes [ ] No.
        (5) Result _____
        (6) Date of result ___ * Please Read Brief * ___

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application, or motion?

(1) First petition, etc.                                    [ ] Yes  [✗] No.
(2) Second petition, etc.                                   [ ] Yes  [✗] No.
(3) Third petition, etc.                                    [ ] Yes  [✗] No.

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:
*at* *Sean Whitley Esq. Paid*
*att* *Tony Beyan Osu, Paid*
*after two year No Contact with Petitioner No Response*

(f) If you appealed to the highest state court having jurisdiction, did you file a petition for certiorari in the United States Supreme Court to review the adverse action taken on your petition by the highest state court? [ ] Yes  [ ] No.

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach additional grounds and facts supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

4  *Jed*

A.  Ground One: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____See_____

_____

_____Briefs_____

_____

B.  Ground Two: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____Supporting_____

_____Documents_____

C.  Ground Three: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

As an Orginizer for the Anti-G-8 Summitt
And the Republican National Con. NYC 2002
to 2004 "Me the Petitioner" along with my
Assore. and Others was under Surveilance
I was indicted with an open Ended
indictment and is now Serving a life
Sentence. Even after the Supreme Court
Made numerous law's the Sentenceing law's

D.  Ground Four: *Of Documents tapes and Surveillance under title #5 and all these laws listed But these cover systems for 2 year has Block my access to Courts but is available*

Supporting FACTS (tell your story briefly without citing cases or law): *to me under these laws as a ADA title #2 Sec. 1900. and under Bankruptcy laws.*

*All State Share Surveillance Records and refuse under open records act to supply request*

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented and give your reasons for not presenting them.

*All S.Ct. Rules that the lower courts Can't rule on But Claims Jurisdiction But Do not have under title #5 #2 Sec. 1900*
*— See Briefs —*

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? [ ] Yes [✗] No.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing _____ *Never Summoned - Incarcerated*

(b)  At arraignment and plea _____ *Never Summoned - Incarcerated*

(c)  At trial _____ *Atlanta GA. LYNN Whatley Esq. Tony AXAM Atlanta GA.*

(d)  At sentencing _____ *LYNN Whatley Esq.*

(e)  On appeal _____ *Told defendant They Had*

(f)  In any post-conviction proceeding _____ *None*

(g)  On appeal from any adverse ruling in a post-conviction proceeding: _____ *None*

16. Were you sentenced on more than one count of an indictment or on more than one indictment in the same court and at the same time? [✗] Yes [ ] No.

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? [ ] Yes [X] No.

   (a) If so, give name and location of court which imposed sentence to be served in the future: _First time Offender But Judge UP_ _a Seal Giuinile Case Freon 1961 to gaue me 11 year_

   (b) And give date and length of sentence to be served in the future? _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? [ ] Yes [X] No.

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Signed this _2_ day of _26_ , 20 08.

_____
Signature of Petitioner or Attorney

7

## DECLARATION **UNDER** PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C. § 1621 PROVIDE AS FOLLOWS:

Whoever--

. . . .

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me are true and correct.

Executed this ___2___ day of ___2 6___ , ___2008___ .


_____
Signature of Petitioner


8

IN THE UNITED STATES *SUPREME* ▓▓▓▓▓ COURT

FOR ▓▓▓▓▓ GEORGIA, NyS + Rnwl, & Wnsh. D.C

*1# 2# 3# 114 Cir. Cor. bt* DIVISION — *multiple Dist.*
*Washington DC, ——*

FORM FOR USE IN APPLICATION FOR HABEAS CORPUS *+ Inter Clerkey*
*Cert. —* UNDER 28 U.S.C. § 2254, *2255 Title # 5 #1 #2*
*Sec #1900 42 USC 1983 7, O.I.A. Tort Act, Viol. INT. Treaties*

NAME  *Harry T. LyDE*

PRISON NUMBER  *GDC # 1211352*

PLACE OF CONFINEMENT  *MENS STATE Prison Po.Box 396 Hardwick GA 31034*

CIVIL CASE NO.  *1, 08-CV-0710*
(To be supplied by Clerk of U.S. District Court)

*Harry T. Lyde    VS.* _____, PETITIONER
(Full name)

*Alex IS E.L. Chase, ET, iL   Pres. G.W. Bush USA* , RESPONDENT
(Name of Warden, Superintendent, Jailor, or     *See: Brief*
authorized person having custody of Petitioner)

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

*Certiorari. Writ.*   PETITION FOR WRIT OF HABEAS CORPUS – *AND Interlocutory*
BY A PERSON IN STATE CUSTODY

I.   INSTRUCTIONS (Read carefully)

(1)  This petition must be legibly handwritten or typewritten and signed by petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)  Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

*Federal Claims Briefs*

(4) If you do not have the necessary filing fee, you may use the attached affidavit to make a request to proceed in forma pauperis, setting forth information establishing your inability to prepay the fees or costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer of the institution in which you are confined fill in and sign the certificate at the end of the affidavit, certifying the amount of money and securities on deposit to your credit in any account at the institution.

(5) You may challenge in a single petition only judgments entered by one court. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When you have completed the petition, mail an original and two copies to: CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 128, MACON, GEORGIA 31202. Keep the Clerk informed of changes in your address. Include a reference to the civil action number of your petition (if assigned), your prison identification number, and your present address in all correspondence with the Clerk or the court.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## II. PETITION

1. Name and location of court which entered the judgment of conviction under attack
   _Supesior Court of Glynn County State of Georgia_

2. Date of judgment of conviction _3rd day of March 2006_

3. Length of sentence _110 year todo 30 years No parole No probation_

4. Nature of offense involved (all counts) _3 Counts Agg. Sodomey 1 count Child Mo Lestion aggravated_

5. What was your plea? [ ✓ ] not guilty; [ ] guilty; [ ] nolo contendere.

   If you entered a guilty plea to one count or indictment and a not guilty plea to another count or indictment, give details: _NO_

6. Kind of trial: [ ✓ ] jury; [ ] judge only.

7. Did you testify at the trial? [ ✓ ] Yes [ ] No.

8. Did you appeal from the judgment of conviction? [ ✓ ] Yes [ ] No.

2

9.  If you did appeal, answer the following:

(a) Name of court _Superior Court Glenn County Ca_
(b) Result _No result_
(c) Date of result _No Date_

10. Other than a direct appeal from the judgment of conviction and sentence, have you
    previously filed any petitions, applications, or motions with respect to this
    judgment in any court--state or federal? [ ] Yes  [X] No.

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application, or
        motion? [ ] Yes  [X] No.
    (5) Result _____
    (6) Date of result _____

(b) As to any second petition, application, or motion, give the same information:

    (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application, or
        motion? [ ] Yes  [X] No.
    (5) Result _____
    (6) Date of result _____

(c) As to any third petition, application, or motion, give the same information:

    (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application, or
        motion? [ ] Yes  [X] No.
    (5) Result _____
    (6) Date of result _____

3

(d)  Did you appeal to the highest state court having jurisdiction the result of
     action taken on any petition, application, or motion?

   (1)  First petition, etc.                            [ ] Yes  [X] No.

   (2)  Second petition, etc.                       [ ] Yes  [X] No.

   (3)  Third petition, etc.                        [ ] Yes  [X] No.

(e)  If you did not appeal from the adverse action on any petition, application, or
     motion, explain briefly why you did not: *attorneys loan whatter Esq was paid*
     *Attorney's Tony Exand Esq was paid*
     *and they said have got [By they refused to respond]*

(f)  If you appealed to the highest state court having jurisdiction, did you file a
     petition for certiorari in the United States Supreme Court to review the adverse
     action taken on your petition by the highest state court? [ ] Yes [ ] No.

12.  State concisely every ground on which you claim that you are being held unlawfully.
     Summarize briefly the facts supporting each ground. If necessary, you may attach
     additional grounds and facts supporting same.

     CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust
     your state court remedies as to each ground on which you request action by the
     federal court.  If you fail to set forth all grounds in this petition, you may be
     barred from presenting additional grounds at a later date.

     For your information, the following is a list of the most frequently raised grounds
     for relief in habeas corpus proceedings.  Each statement preceded by a letter
     constitutes a separate ground for possible relief.  You may raise any grounds which
     you may have other than those listed if you have exhausted your state court remedies
     with respect to them.  However, you should raise in this petition all available
     grounds (relating to this conviction) on which you base your allegations that you
     are being held in custody unlawfully.

     Do not check any of these listed grounds.  If you select one or more of these grounds
     for relief, you must allege facts.  The petition will be returned to you if you merely
     check (a) through (j) or any one of these grounds.

     (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made
          voluntarily with understanding of the nature of the charge and the consequences
          of the plea.
     (b)  Conviction obtained by use of coerced confession.
     (c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional
          search and seizure.
     (d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
     (e)  Conviction obtained by a violation of the privilege against self-incrimination.
     (f)  Conviction obtained by the unconstitutional failure of the prosecution to
          disclose to the defendant evidence favorable to the defendant.
     (g)  Conviction obtained by a violation of the protection against double jeopardy.
     (h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally
          selected and impaneled.
     (i)  Denial of effective assistance of counsel.
     (j)  Denial of right of appeal.

4

A.  Ground One: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____

_____

B.  Ground Two: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____

_____

C.  Ground Three: _____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____

_____

-5-

D.  Ground Four: _See Briefs_

Supporting FACTS (tell your story briefly without citing cases or law):

Oregs for protest St. Simon Cal Con. G-8 + Republican Convention, NYC, Cal. Green Party Treas: 2002 to Present. DAte WAS under Surviellance By Fed govt. Local State and Other Agencise of this Govt. Viol Que process Rights under Const. United State Tapes ABuse by Local & State

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented and give your reasons for not presenting them.

Fed's Court's have ruled against my- alibi- the 911 Surveillance tape, E-mail's made By local, State & Fed. Gov't. local potation as they to Convict Me But refuse access to testimony from Officer or D.A. & Et. al I like Disk information under title-A] and the I.A. Violation of Que process

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  [X] Yes  [ ] No.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _Never — Summonsed_

(b) At arraignment and plea _Never — Summonsed_

(c) At trial _Lynn Whatley & Tony Axom Esq._

(d) At sentencing _— Same —_

(e) On appeal _2 year have not Heared from attorney said Statues are on Pierce run out_

(f) In any post-conviction proceeding _None_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _None_

16. Were you sentenced on more than one count of an indictment or on more than one indictment in the same court and at the same time?  [X] Yes  [ ] No.

6

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  [  ] Yes  [✓] No.

   (a) If so, give name and location of court which imposed sentence to be served in the future:  _None_

   (b) And give date and length of sentence to be served in the future:  _None_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? [✓] Yes  [✗] No.


WHEREFORE, petitioner prays that the Court grant petitioner relief to

which he may be entitled in this proceeding.

Signed this ___21___ day of ___Feb___, 20 06.

_____
Signature of Petitioner or Attorney

Notary Public, Baldwin County, Georgia
My Commission Expires July 17, 2010

7

## DECLARATION **UNDER** PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT.  GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES.  18 U.S.C. § 1621 PROVIDE AS FOLLOWS:

> Whoever--
>
> . . . .
>
> (2)  in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;
>
> is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both.  This section is applicable whether the statement or subscription is made within or without the United States.

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me are true and correct.

Executed this ____2____ day of ____26_____, 20 08 .

_____

Signature of Petitioner

8

P. O. Box 396

Hardwick, Georgia 31034 – 0396

and et. al. –Telecommunications Communities

Motion for Writ of habeas Corpus and Motion for Interloctory Ceritiori

Brief and Supporting Summary In Motion For Certiriori

A

Here comes  Harry T. Lyde, GDC  #1211352, a 59 year old

under Color of Laws and under American with Disabilities,

Respondents violated Title 5 & F.O.I.A. and Constitutional Rights

I, IV, V, VI, XIV, CRAP of USA, 42 U.S.C. 1983 & 2245, 2255,TORT

Act and International Laws and  Treaties, denied Due Process in their

actions and  denied Alibi in all states in refusal of surveillance

tapes and emails so much as I am an inmate at Men's State Prison

who had an unfair trial March 3, 2006.

B

June 6, 2003, I,  along with Rev. Zack Lyde and The Georgia

2 of 15

Green Party of which I was Treasurer, did help organize demonstrations at the anti-G8 Conference and helped in New York City at the Republican National Convention and place of G-8 St. Simon Island, Georgia, anti- G-8,

## C

2002 – 2004 having the FBI, Homeland Security, States of Penn, New York and local government share surveillance information where local politicians shared surveillance when I ran against Jerry Keen HS#156 GA, who is a local developer, along with Sea Island Corporation Developer, and now Majority Whip and Ex Officio member of the Committee in the State House of Georgia that has day by day governance,

## D

I believe, local, state and federal entities did conspire to imprison me for a long time or kill me. As in times gone by, through the misuse of State and District Courts by the DA did avoid due process of law – the Klu Klux Klan Law of 1983. 42USC is to

protect people just like me from these kinds of organizations.

First, Police Officer, Lethal Jackson, abused my civil rights by

using tapes and email materials for eavesdropping to build a

hearsay case full of innuendoes and half truths involving Noelle

Bolan, an emancipated female at the age of 16 which was

sanctioned by the Department of family and Children services

(DEFACS) <u>to avoid paying child support</u>.  As instructed by

teachers, kids report parents and guardians whenever they dislike

corrective punishment and this is what happened in my case.

E

I was indicted <u>three</u> or <u>four times</u> by the Grand Jury.  This

<u>indictment was improper as the person Harry Lyde, Junior does not</u>

<u>exist</u>. The Judge allowed witnesses for the prosecution to <u>sit in the</u>

<u>courtroom</u> where he had convened an all White jury, with the

exception of one juror, a Black friend of Detective Lethal Jackson.

The venue was White in its make-up.  There was limited cross

4 of 15

examination of Detective Jackson who used my ex-wife, who committed adultery while we were married and who also tried to murder the defendant, as his corroborating witness. All witnesses had a family history of mental illness documented by school records and father's VA records. (There was order by the Trial Judge, no testifying of evidence gathering by Detective Order. This same detective had also tried to pen a stolen car charge on this defendant, after this defendant brought (to the local District Attorney) a charge of fraud against the Board of Elections which was a part of the Public Safety Committee for the G-8 Conference. Did abuse shared information of the Homeland security via use of surveillance tapes and emails created an environment where a fair trial was impossible.

F

I asked, under Title 5 and New York, Georgia and Pennsylvania Open Records Act, to get a copy of all tapes that covered me and

5 of 15

my associates.  To date, no written responses have been

forthcoming from any government agency and the DA refused to

give full Discovery.

## G

In addition, under ADA, I was not allowed a hearing to see if I

could stand trial.  At the time of the trial, I had contracted Shingles

in my eye and sleep apnea along with other disabling factors,

including sexual transmitted diseases which I had prior to this trial.

## H

The State of Georgia refused to allow diaries of the alleged victim

to be admissible in the trial and has not proven a case of force; yet,

I have a license to carry a concealed weapon.

## I

There was no challenge allowed by the Court from the defense to

most alleged claims made by witnesses that supposedly occurred

over ten and twenty years ago.

J

Jerry Keen, Legislators attempted to make laws, Ex Post Facto

Supremacy Clauses to make an unlawful GA Law U. S. S. Ct

Ruling 2003 although without merit , to match my case. He sent a

threatening letter to my brother, Zack, and me.

K

This case went to Family Court, the Grand Jury was selected

too late according to Unified Courts of GA. Under the law that

should have been used, Statue of Limitation was in effect – USS Ct

Ledbetter vs Goodyear, and even then, the US Court had ruled the

Sodomy Laws of GA. unconstitutional.

L

In addition, Georgia had not had them approved <u>under the 1964</u>

<u>Voting Rights Act</u>.  As an American with Disabilities, a hearing

for Appeal Bond should have been held but the Judge, <u>in his bias</u>,

swore in the Grand Jury.  He oversaw the Jury Pool that had less

than 8% Black out of 250 prospective Jurors and dismissed Black Jurors just because they knew my <u>family's name</u> but not necessarily knowing <u>me, the Defendant</u>.

Even though White Jurors denied seeing my news ads, TV ads or hearing my radio ads and hearing our Saturday Radio Show, thirteen of them were picked, along with the fourteenth one being a Black Juror who was a member of the same church as, the arresting officer, Detective Jackson, ,a deacon or trustee that requires a vote by the members of the church.

## M

The Family Court file and the file investigating the stolen car charge were missing. The 911 tapes, the detective whose name appeared on the <u>indictment</u> was also missing. A hearing into why a Juror was missing during the trial did not take place and why the Judge released a <u>child molester</u> with <u>eighteen months</u> and a <u>rapist</u> with <u>eighteen months</u>, both <u>White males</u>, before and after my case was never <u>investigated</u>.

N

To add fuel to the fire, the Judge allowed the Assistant District

Attorney (ADA), a White female, to publicly cry in the Courtroom

before deliberating, but he did conduct a Jury Tampering hearing

on one of my family members and ousted another family member

out of the Courtroom for public display during the trial.

O

He also allowed , after Assistant District Attorney case was closed

and wrong dates, document by police into evidence and refused the

Jury's request for information on the indictment that this may have

been the wrong person.

P

He also admitted into evidence a tape about a lie detector test not

redacted and gave it to the Jury of Whites (11 – 2 Alt – 1 Black

Male and a White female Detective) who then had an opportunity

to debate the reason why defendant refused to take a lie detector

9 of 15

test – in violation of Court Rules and Procedures.  No list or make-up of Jurors and Grand Jury  The issues in politics as well as the bias of a small town was clearly a <u>cause for Change in Venue in this case.</u>

## Q

More questions continued to rise out of this trial.  Why was a primary witness, the brother who lived in the house, sent to New York out of the reach of the <u>defendant</u>? Why did the Judge allow the testimonies of perjured witnesses? And, why did the Judge <u>not excuse himself because his daughter was</u> raped and <u>sexually abused</u> while under the influence of drugs?  Why did the Assistant District Attorney and Prosecutor refuse<u> a rape kit under Georgia Law,</u> Profession Statement of Fact, and the Judge allowed the statement without such evidence under Georgia law.  Why, under the law, did the Parole Board not look at people with disabilities records which clearly overrides State Law as to the Constitution and Innocence?

R

American Disabilities Act was never adhered to and whereas, my Georgia lawyers who say they filed Direct Appeals have, after almost two years, abandoned my case; refused to communicate with me; refused my phone calls and have not given requested documents to me and have failed to report State Appointment that was clearly a Conflict of Interest.

S

While one week before the trial, Atty Tony Axam, one of my lawyers, questioned the defendant about the Case in front of National and Regional Criminal Lawyers Conventioneers in Charleston, SC where, according to a friend, a lawyer assigned to the District Attorney's Office of Glynn County (the venue where my trial was held), was present. This tactic, in my opinion, divulged trial strategies. There was a Family Court Trial, the Prosecution Stature of Limitation, by law, was in effect and was

11 of 15

out of time and un-defendable without day and time of crime on indictment (Ex-Post-Factos). While neither attorney questioned any of the above actions and refused to work on the case until the attorneys had all money, they also refused to file a continuance because of not readiness.

T

The State of Georgia has stopped my SSD Check in violation of <u>Bennett vs Arkansas</u> which has made the defendant bankrupt and indigent. While "GA.is the only" state that pays no postconviction attorney fees and charges for sick calls and court fees.

U

During the time of my incarceration, I have been refused proper medical treatment and the grievance process has been deliberately "sabotaged" because the counselors have hid from this inmate and others and outright refused our requests. There should be a review and an uncovering against the grievance process open to inmates while billions are paid out to the interest on Wall Street.

12 of 15

## V

Disallowed Peace Officer Rights to testify at Grand Jury in the State of Georgia,

## W

Petitioner is a First Offender who is 59 and innocent and has been sentenced to 105 years – a death sentence without parole (this is without a jury so saying) – an Eighth Amendment violation as only Congress can take away Civil Rights. The prisons are overcrowded and the food served is below federal standards as Congress set Standards. GA Legislature still think Half Free – Half Slave Rule. This information comes from NY Times, AJC, AP – Letters of Witnesses.

## X

Title # 5 – F. O. I. A. – Constitution of GA., C. U. U. S., ADA Title II, Sec 19, a claim, regarding the release of my information, namely the <u>surveillance tapes and email materials</u>, was sent to the

special prosecutor for the North District of Georgia and was refused by a US District Court Judge (Eteka) in Rome, GA. No District Court Judge can <u>instruct an agent to not respond in writing or otherwise</u> to my request for release of my information as this is in violation of Title #5.

## In Conclusion

I request a lawyer or lawyers to review sentencing process and the judiciary process in as much as White offenders have less time given on the same crimes; why legislation is not given to the Justice Department for review; restore SSD as Court Ordered, I have prior debt: child support, car note, storage, insurance, etc. required by Bennett vs Arkansas; remove the defendant out of the Correctional System; restore house and home and lost business; free defendant or set bail for new trial; return back all funds.

Whereas: The Offender requests Conjunctive Relief, a lawyer appointed by the Court, stop the enforcement of Immunity and

14 of 15

Copy of information of the listed Customers, the supply data for

emails and surveillance tapes that are in my name along with the

names of my Associates and any remedy the Court deems

necessary.

Pro. Se:

Harry T. Lyde #1211352
PoBox. 396 M.S.P. CW44B
Hardwick, GA. 31034-0396

INCarcarated
MENS State Prison

15 of 15

## DECLARATION OF PENALTY UNDER PERJURY

I, _Harry T. Lyac_ the Petitioner in the foregoing "Motion For Production of Documents and Records at Government Expense" do hereby certify that I understand that a false statement or information in this action will submit me to penalties for perjury and that state law provides as follows:

a) A person to whom lawful oath or affirmation has been administered commits the offense of perjury when, in a judicial proceeding, he knowingly and willfully makes a false statement material to the issue on point in question.

b) A person convicted of the offense of perjury shall be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one (1) or more than ten (10) years, or both. (O.C.G.A. 16-10-70)

Having read or had read to me the foregoing provisions of law, I do hereby swear that the contents of the foregoing motion are true to the best of my knowledge, information and belief. Executed this _26_ day of _February_, 2008.

_____    _1211352_    _2/36/08_
SIGNATURE OF INMATE                 EF #              DATE

Sworn to and subscribed before me this _26th_ day of _February_ 2008.

_____
NOTARY PUBLIC

Notary Public, Baldwin County, Georgia
My Commission Expires July 17, 2010
MY COMMISSION EXPIRES

INDICTMENT NO. CR-0500807-063

000496

## IN THE SUPERIOR COURT OF GLYNN COUNTY
### STATE OF GEORGIA

### SEPTEMBER TERM, 2005

## THE STATE OF GEORGIA vs. HARRY T. LYDE, JR.

### CT. 1: AGGRAVATED CHILD MOLESTATION
### CT. 2: AGGRAVATED CHILD MOLESTATION
### CT. 3: CHILD MOLESTATION
### CT. 4: CHILD MOLESTATION

Prosecutor _____            _____ True (All) BILL
                                              _____ Foreperson
**STEPHEN D. KELLEY**
District Attorney, Brunswick Judicial Circuit

Received and filed in open court, this the 16th day of November 2005.

_____
Clerk, Superior Court

---

| | |
|---|---|
| The Defendants **HARRY T. LYDE, JR.,** waive being formally arraigned, and plead not guilty. 10 days to File Motion | The Defendants **HARRY T. LYDE, JR.,** hereby changes his/her plea from one of not guilty to one of Guilty/Nolo Contendere. |
| _____ Assistant District Attorney | _____ Assistant District Attorney |
| _____ Defendant | _____ Defendant |
| _____ Attorney for Defendant | _____ Attorney for Defendant |
| Date Dec. 5, 2005 | Date _____ |

**WITNESSES FOR THE STATE:**

---

### VERDICT

We the jury find the Defendant.
This _____ day of _____, 2005.

_____ Foreperson

**GEORGIA, GLYNN COUNTY.**
**IN THE SUPERIOR COURT OF SAID COUNTY**

000.497

The Grand Jurors selected, chosen and sworn for the County of Glynn, to-wit:

### Hank Rowland, Foreperson

Brandi Altman
Henry Barber
Christopher Dittric
Ernst Bixanz
Audrey Braden
Jeannie Bradford
Willie Mae Cohen
Ann Dittmer
Jeff Eaton
Gena Futch
Debbie Goins

Charles Herrera
William Johns
Robert Katoski
Joan Lee
Hilton Logue
Joe Massey
Woodrow Sapp
Michelle Stewart
Calpernia Wood
Burnell William
Heather Yoak

## COUNT ONE

In the name and behalf of the citizens of Georgia, charge and accuse **HARRY LYDE** with the offense of **AGGRAVATED CHILD MOLESTATION** for that the said accused on or before **DECEMBER 28, 2003** in the County aforesaid, did then and there, **UNLAWFULLY COMMIT AN IMMORAL AND INDECENT ACT TO NOELLE BOLAN, A CHILD UNDER THE AGE OF 16 YEARS, WITH THE INTENT TO SATISFY THE SEXUAL DESIRES OF SAID ACCUSED, AND SAID ACT DID INVOLVE AN ACT OF SODOMY, TO WIT: SAID ACCUSED DID PLACE HIS MOUTH ON THE VAGINA OF SAID VICTIM,** all of said act being contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT TWO

In the name and behalf of the citizens of Georgia, charge and accuse **HARRY T. LYDE, JR.** with the offense of **AGGRAVATED CHILD MOLESTATION** for that the said accused on or before **DECEMBER 28, 2003** in the County aforesaid, did then and there, **UNLAWFULLY COMMIT AN IMMORAL AND INDECENT ACT TO NOELLE BOLAN, A CHILD UNDER THE AGE OF 16 YEARS, WITH THE INTENT TO SATISFY THE SEXUAL DESIRES OF SAID ACCUSED, AND SAID ACT DID INVOLVE AN ACT OF SODOMY, TO WIT: SAID ACCUSED DID CAUSE SAID VICTIM TO PLACE HER MOUTH ON HIS PENIS,** all of said act being contrary to the laws of said State, the good order, peace and dignity thereof.

000 398

## COUNT THREE

In the name and behalf of the citizens of Georgia, charge and accuse **HARRY T. LYDE, JR.** with the offense of **CHILD MOLESTATION** for that the said accused on or before **DECEMBER 28, 2003** in the County aforesaid, did then and there, **UNLAWFULLY COMMIT AN IMMORAL AND INDECENT ACT TO NOELLE BOLAN, A CHILD UNDER THE AGE OF 16 YEARS, WITH THE INTENT TO SATISFY THE SEXUAL DESIRES OF SAID ACCUSED, TO WIT: SAID ACCUSED DID ENGAGE IN SEXUAL INTERCOURSE WITH SAID VICTIM,** all of said act being contrary to the laws of said State, the good order, peace and dignity thereof.

## COUNT FOUR

In the name and behalf of the citizens of Georgia, charge and accuse **HARRY T. LYDE, JR.** with the offense of **CHILD MOLESTATION** for that the said accused on or before **DECEMBER 28, 2003** in the County aforesaid, did then and there, **UNLAWFULLY COMMIT AN IMMORAL AND INDECENT ACT TO FELICIA JOHNSON, A CHILD UNDER THE AGE OF 16 YEARS, WITH THE INTENT TO SATISFY THE SEXUAL DESIRES OF SAID ACCUSED, TO WIT: SAID ACCUSED DID PLACE HIS HAND ON THE GENITAL AREA OF SAID VICTIM,** all of said act being contrary to the laws of said State, the good order, peace and dignity thereof.

**GLYNN SUPERIOR COURT**

**SEPTEMBER TERM, 2005**

_____
Prosecutor

**STEPHEN D. KELLEY**
**District Attorney**

IN THE SUPERIOR COURT OF GLYNN COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                    )
                                    )
    vs.                             )    CASE NO. CR-0500807-063
                                    )
HARRY T. LYDE, JR.,                 )
    Defendant                       )

Filed in Open Court this
3rd day of *March* 20___
*Rachel _____*
Clerk, Superior Court
Glynn County, Georgia

## VERDICT

We, the Jury find as follows:

## COUNT ONE - AGGRAVATED CHILD MOLESTATION

On the charge of aggravated child molestation as charged in Count

One of the indictment, we find the Defendant _____Guilty_____.

## COUNT TWO - AGGRAVATED CHILD MOLESTATION

On the charge of aggravated child molestation as charged in Count

Two of the indictment, we find the Defendant _____Guilty_____

## COUNT THREE - CHILD MOLESTATION

On the charge of child molestation as charged in Count Three of the

indictment, we find the Defendant _____Guilty_____

## COUNT FOUR - CHILD MOLESTATION, LESSER INCLUDED OFFENSE OF SEXUAL BATTERY

On the charge of child molestation as charged in Count Four of the indictment, we find the Defendant _____ Guilty _____

*[If your verdict is "guilty" specify offense]*

of the offense of _____ CHild Molestation _____ .

SO SAY WE ALL, this 3rd day of March 2006.

_____ Timothy R Carlson _____
**Foreperson**

IN THE UNITED STATES ~~DISTRICT~~ Supreme COURT
FOR ~~THE MIDDLE DISTRICT~~ OF GEORGIA, NYS, Penn + DC,
WASh, D.C. DIVISION

Harry T. Lyde
_____
Plaintiff/Petitioner

VS.

Alexis E.L. Chase
George W. Bush ET.Al.
_____
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 1:08-CV-0710

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

I, Harry T. Lyde , declare that I am the plaintiff/petitioner in the above-
captioned proceeding; that in support of my motion to proceed without being required to prepay fees or
costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said
proceeding or to give security therefor; and, that I believe that I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?               ☐ Yes      ☑ No

    a. If the answer is yes, state the amount of your salary or wages per month and
    give the name and address of your employer. _____

    _____

    b. If the answer is no, state the date of you last worked and the amount of salary
    or wages per month which you received. June 80

2. Have you received within the past TWELVE (12) MONTHS any money from any of
   the following sources?

    a. Business, profession, or form of self-employment?      ☐ Yes   ☑ No
    b. Pensions, annuities, or life insurance payments?       ☐ Yes   ☑ No
    c. Rent payments, interest, or dividends?                 ☐ Yes   ☑ No
    d. Gifts or inheritances?                                 ☐ Yes   ☑ No
    e. Any other sources?                                     ☑ Yes   ☐ No

If the answer to any of the above is yes, describe each source of money received and
state the amount received from each during the past TWELVE (12) MONTHS $1200
Workman Copensation But US upon
Child Support New york State

3. Do you have any cash, or do you have money in a checking or savings account or prison account? (you must attach a certificate from prison authorities if you have money in a prison account)

   ☑ Yes    ☐ No   If yes, how much do you have? $ _100,00_

4. Do you own any real estate (house and/or property), stocks, bonds, notes, auto-mobiles, or other valuable property, excluding ordinary household goods and furnishings?   ☐ Yes   ☑ No

   a. If the answer is yes, describe the property and state its approximate value.

   _Sold to my Lawyers_
   _wife abandon me post-conviction_

   b. If the answer is yes, list any mortgages, liens, or loans against the property and state the amount you owe. _____

   _____

5. List the persons who are dependent upon you for their support.   State your relationship to those persons and indicate how much you contribute toward their support, _Melissa Lyde & Matthew Lyde,_
   _twins May 2, 1983 NYS 2010 in payments_

   Signed this _2_ day of _26_ _2008_.

   _[signature]_
   SIGNATURE OF PLAINTIFF/PETITIONER

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C. §1621 PROVIDES AS FOLLOWS:

> *Whoever --*
>
> *. . . .*
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this _2_ day of _26_ _2008_.

_[signature]_
SIGNATURE OF PLAINTIFF/PETITIONER

Return to:

% Clerk of Supreme Court.

Re: Harry T. Lyde

PLAINTIFF/PETITIONER

GREGORY J. LEONARD, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
POST OFFICE BOX 128
MACON, GEORGIA 31202

#1211352 C-44

PRISONER NUMBER

# CERTIFICATE

I hereby certify that the plaintiff/petitioner hereinabove named has an average monthly balance for the last SIX (6) MONTHS of $ _/OO-OO_ on account to his/her credit at _Mens State Prison PoBox 516 Hardwick, Ga. 31034_ where (s)he is confined.

(INSERT NAME OF INSTITUTION)

I further certify that the plaintiff/petitioner likewise has the following securities to his/her credit according to the records of this institution: _____

_____

_____.

(If not confined in this institution for a full SIX (6) MONTHS, specify the number of months confined, then compute the average monthly balance based on that number of months): _____

_____

_____.

PRESENT BALANCE ON HAND IN PRISONER ACCOUNT: $ _/O/.9C_.

Dated this _27_ day of _February_ , 200 _8_.

_____

AUTHORIZED OFFICER OF THE INSTITUTION

_____

TITLE   Acct Parappo

**ATTACH COMPUTER PRINTOUT OF ACCOUNT IF AVAILABLE.**

to all local, state and federal government

3/8/8

Court Clerk 9th cir

To whom it my Concern:

I am a prisoner in the georgia Correctional Inst. where they take your money and pro vide no post-Conviction attorney. I Read about these Case from the NY times in your Jurisdiction. I was a NYC P/O Ny City, Bd of Ed member a 4th Vice president Democratic Party New york City and so much more But most of all I am a child of God I Was Hood Wink & Bamboozeled by these So Polatitions Because of the Slave reprecive legistation they Do. I hope you would foxd these to Both partye and to the Right Court My God be with you until my acquitel and Beyond.

Hay Tyola Child of God

1 of 3

# 9th Cir US Court of California

Electronics Frontee Fandation;
Halpton; Classation Law Suite
VS.
A.T.T. Co, INTECOM. Co. ET. Al,

CV#_____

## Motion For Intervention, Motion to Relate Motion for Information and Materails

Comes Harry T. Lyde #1211352 Incarcearated at
Mens State prison Hardiwick GA. 31034 where
I was a Contracted Costumer of A.T.T./Bel, south
Had E-Mail & Internet Service was under
Surveillance By local, State & Federal agencies
Because of my activitys with Anti - G8 2003
June St. Simon Isl. and orginizer Anti - Republican
Party Convention in New york City 2003 who
Used There Internet/Wire Service and
After years of Written All partys

Whereas A.T.T. DiD Supply Records of Customer
To Glynn County Board of Elections to Have
Mayoral Candidate Elaine Brown who I was
Mang. Candidate+for House set of GA #156 Jerry Keen
I was Tres: of GA. Green Party DiD Allow Republicans
Entitys to US Not Just Imformation But
Funded some Cases that Allow Abuses
By These Entitys Under Title #5-552
USCA These Rule Mandate under due
Process on Demaned Rule 26 (b)(1)
7R of CP  I Have Requested under Record
As Alidi And whole Them for Brech of
Contract  I am Innocent As A International
Co. They violate International Laws But Thes
Action was used As A Campain Contrabytion
Helping whom They would And Destroying
Whom They would.

3 of 3

Where AS: I Harry T. Lyde #1211352 Have

A Rigth for Imformation UNDER Rule 26(b)(1)

AN UNDER USC Amend # I UNDER Color

Of Law. Do So ASK This proceding to

Allow, Claiment Motions As Justice

Demand AND AS Any Remedy These

Court So Demins: + CV# 1.08-CV-0710

Allso gives A Right.

I SO Affirm This 8th Day

Of march 2008

C/o Clerk of the Court

9th Cir. US Court

450 Golden Gate #671

SAN Francisco Califo.

94102

Harry T. Lyde

Harry T. Lyde

GDC #1211352

MENS State Prison

100 Lawrence Rd

Po Box 396 CW 44B

Hardwick, GA. 31034



Harry T. Hyde #1211352
P.O. Box 396 M.S.P. CW44B
Hardwick, GA. 31634-0396

U.S. POSTAGE
PAID
HARDWICK, GA
MAR 10, 08
AMOUNT
$0.00
00097026-08
94102

U.S. Dist. Court House
9th U.S. Cir.
c/o Clerk of the Court
450 Golden Gates 16th
San Francisco Ca, 94

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.com
Label 107, February 2006

Priority Mail
RECEIVED

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA