```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017605
Cashier ID: almaceh
Transaction Date: 04/01/2008
Payer Name: GA DEPARTMENT OF CORRECTIONS
------------------------------------
WRIT OF HABEAS CORPUS
 For: H LYDE
 Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 17889
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-1480 PJH (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**Check Details:** MISCELLANEOUS

| Offender Name | GDC ID | Docket No. | Amount |
|---|---|---|---|
| LYDE, HARRY T | 1211352 | | $5.00 |

| | | |
|---|---|---|
| **CLERK OF US DISTRICT COURT NORTHERN DIST OF CALIFO** | 03/27/2008 | 17889 |

$5.00

3/25/08

TO: Richard W. Wieking
Clerk U.S. Dist. Court

Case # 0CV08 1480 PJH
(PR)

From: Harry T. Lyde #1211352
M.S.P P.O. Box 396-31034

Sir Thank you, may God Bless you. Inclose is $5.⁰⁰ filing fee.

Because Georgia Surppress Communcation. I file in the Inpaupus form's Don't know if they will send them.

No computor, no Attorney, no phone. Just you and God.

17 The Court have a list of Attorney who would help please have it sent to me.

Sincerly

Hay T. Lyde

Incarcarated and Innocent.

Harry T. Hyde #1211352
P.O. Box 396 MSP CW44B
Hardwick, GA. 31034-0396

MACON GA 310
28 MAR 2008 PM 1 L

9410247881

Office of the Clerk US Dist. Court
Northern Dist. of California
c/o Richard W. Wieking
450 Golden Gate Ave
San Francisco, Calif. 94102