UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY LYDE,

        Petitioner,

  vs.

GEORGE BUSH, President, et al.,

        Respondents.

No. C 08-1480 PJH (PR)

**ORDER OF DISMISSAL**

    This is a habeas case which was filed by a prisoner who is confined in Georgia. It appears that he may have filed it in many different courts. He has paid the filing fee.

    Habeas corpus petitions must meet heightened pleading requirements. *McFarland v. Scott,* 512 U.S. 849, 856 (1994). An application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court must "specify all the grounds for relief which are available to the petitioner ... and shall set forth in summary form the facts supporting each of the grounds thus specified." Rule 2(c) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254. "'[N]otice' pleading is not sufficient, for the petition is expected to state facts that point to a 'real possibility of constitutional error.'" Rule 4 Advisory Committee Notes (quoting *Aubut v. Maine*, 431 F.2d 688, 689 (1st Cir. 1970). "Habeas petitions which appear on their face to be legally insufficient are subject to summary dismissal." *Calderon v. United States Dist. Court (Nicolaus)*, 98 F.3d 1102, 1108 (9th Cir. 1996) (Schroeder, J., concurring).

    The petition is largely incomprehensible and certainly does not point to a real possibility of constitutional error. It therefore is summarily **DISMISSED**.

    **IT IS SO ORDERED.**

Dated: April 3, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.08\LYDE1480.dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARRY LYDE,

        Petitioner,

v.

GEORGE BUSH et al,

        Respondents.
_____/

Case Number: CV08-01480 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry T. Lyde 1211352
Men's State Prison
CW44B
P.O. Box 396
Hardwick, GA 31034-0396

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk