```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018057
Cashier ID: nudot
Transaction Date: 04/10/2008
Payer Name: Harry T. Lyde, #1211352
------------------------------------
WRIT OF HABEAS CORPUS
 For: Harry T. Lyde, #1211352
 Case/Party: D-CAN-3-08-CV-001480-001
 Amount:       $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 12039299278
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C-08-1480 PJH (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Date\_\_\_\_\_

| INDICATE BELOW THOSE ABSENT OR TARDY | | | MAKEUP WORK / MESSAGES |
|---|---|---|---|
| NAME | AM | PM | |

In behalf of Harry Lyde #121352
M.S.P.   P.O. Box 396
CW 44B
Case # CV08-1480
PJH (PR)

**MEMO**

April 7, 2008

Harry T. Lyde # 1211352
P.O. Box 396 M.S.P. CW44B
Hardwick, Ga. 31034-0396
Case # CV08-1480 PJH(PR)

United States District Court.
Northern District of California,
C/o Richard W. Wieking Court Clerk
450 Golden Gate Ave.
San Francisco, Calif 94102














UNITED STATES POSTAL SERVICE

**PRIORITY MAIL®**

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com

Print postage online - Go to usps.com/postageonline
PLEASE PRESS FIRMLY

**INTERNATIONAL RESTRICTIONS:**
**LIMITATIONS ON CONTENT:**
When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be prohibited.

**WHEN USED INTERNATIONALLY 4 POUND WEIGHT LIMIT APPLIES.**
Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.

Any amount of radioactive material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

Recycled Paper

United States Postal Service®
**DELIVERY CONFIRMATION™**

0310 2400 0001 3431 7792

3. Acceptance
Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes

From/Expéditeur:
UNITED STATES POSTAL SERVICE®
Label 228, February 2006
www.usps.com

From Harry Hyde #191352
P.O. Box 396 M.S.P. CW 44B
Hardwick, GA 31034-0396

TO United States District Court
Northern District of California
C/O Richard W. Wieking Court Clerk
450 Golden Gate Ave
San Francisco, Calif. 94102

APR 10 2008
RECEIVED

94102