5105 Greentree Trail

College Park, George 30349



Harry Lyde. GDC # 1211352                    Case # CV08-01480PJH

        Petitioner                              CERTIFICATE OF SERVICE

V.

                                   **E-filing**

George Bush, et al

        Respondents,
_____/

I, the undersigned, hereby certify that I am 63 years old.

That on April 18, 2008. I SERVED a true and correct cop(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to The United States district Court for the Northern district of California herinafter listed, by depositing said envelope in the U. S. Mail.

Office of the Clerk, U. S. District Court
United States District Court
For the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dated: April 18, 2008

                                            Deborah L. Sims, Sister of
                                            Harry T. Lyde, GDC # 1211352
                                            P. O. Box 396 MSP CW44B'
                                            Hardwick, Georgia 31034