United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY LYDE,

    Petitioner,

vs.

GEORGE BUSH, President, et al.,

    Respondents.
                              /

No. C 08-1480 PJH (PR)

**ORDER DENYING MOTION TO AMEND**

    This is a habeas case which was filed by a prisoner who is confined in Georgia.  It appears he also was convicted there.  The petition was dismissed because it was "largely incomprehensible" and "certainly d[id] not point to a real possibility of constitutional error." Petitioner has filed a motion for leave to amend to file an "Amended Complaint."  The proposed amendment is no better, so allowing the amendment would be futile.  *See Schmier v. United States Court of Appeals*, 279 F.3d 817, 824 (9th Cir. 2002) (futility is grounds to deny leave to amend).  The motion for leave to amend (document number 7 on the docket) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: April 29, 2008.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\HC.08\LYDE1480.amd.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARRY LYDE,

        Plaintiff,

v.

GEORGE BUSH et al,

        Defendant.

Case Number: CV08-1480 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry T. Lyde 1211352
Men's State Prison
CW44B
P.O. Box 396
Hardwick, GA 31034-0396

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk