April 28, 2008

**RECEIVED MAY 0 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

08-1480 PJH

9th Circuit US Court
California USA
US District Courthouse – Clerk's Office
950 Golden Gates, 16th Floor
San Francisco, CA 94102

Civil Case #08CV42010

Harry T. Lyde
vs
George Bush President, et. al.

Dear Clerk of Court:

Please find enclosed Subpoenas for Witnesses listed below as I understand that your Office will serve these subpoenas to United States agencies/employees and legal personnel:

**E-filing**

George Bush, President of the United States
1600 Pennsylvania
Washington, D. C. 20500

Kenneth A. Richieri
The New York Times
620 Eighth Avenue
New York, Ny 10018

Michael Mukassy, US Atty General
US Department of Justice
950 Pennsylvania Avenue
Washington, D. C. 20530-0001

Alan F. Coffey, Jr., Chief Counsel
Chair Waxman, USCJC
Chair Canyor, USCJC
Chair Laehy, USCJC
US Capitol Building
Washington, D. C. 20001

ATT Legal Department
P. O. Box 100 – 120
Columbus, SC 29202

Global Telecommunications Group
Legal Department
6350 McDonough Drive, NW
Norcross, Georgia

Sprint/Legal Department
6480 North Point Pkwy
Alpharetta, Georgia

Verizon Wireless/Legal Department
960 North Point Pkwy
Alpharetta, Georgia

1 of 1

5105 Greentree Trail

College Park, George 30349

Harry Lyde. GDC # 1211352          Case # CV08-01480PJH

    Petitioner                                  CERTIFICATE OF SERVICE

  vs

George Bush, et al

    Respondents,

I, the undersigned, hereby certify that I am 63 years old.

That on May 1, 2008. I SERVED a true and correct copy (ies) of the attached, by placing said copy (ies) in a postage paid envelope addressed to The United States District Court for the Northern District of California hereinafter listed, by depositing said envelope in the U. S. Mail.

Office of the Clerk, US District Court
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Dated: May 1, 2008

                                                                           */s/ Deborah L. Sims*
                                                        Deborah L. Sims, Sister of
                                                        Harry T. Lyde, GDC # 1211352
                                                        P. O. Box 396 MSP CW44B
                                                        Hardwick, Georgia 31034

GEORGIA, BALDWIN COUNTY
CLERK'S OFFICE, SUPERIOR COURT
MILLEDGEVILLE, GEORGIA


TO: _George W. Bush_   GREETINGS:


YOU ARE HEREBY COMMANDED THAT LAYING ALL OTHER BUSINESS
ASIDE YOU BE AND APPEAR AT THE SUPERIOR COURT IN AND FOR THE
COUNTY AFORESAID ON __11 June__, 20__08__ AT
__9__, A.M., NEXT FROM DAY TO DAY AND TERM TO TERM THEREAFTER
UNTIL EXCUSED BY THE COURT, THEN AND THERE TO BE SWORN AS A
WITNESS FOR _Harry T. Hyde_ IN THE CASE OF
_Harry T. Hyde #1211352_ VERSUS _Warden Alexis Chase ET-Al Mens State Prison_ IN A CASE PENDING.
**FAIL NOT UNDER PENALTY OF LAW.**

WITNESS THE HONORABLE HUGH V. WINGFIELD, III.

THIS ____ DAY OF _____, 20___.


_Rosemary F. Phillips_
_____
ROSEMARY PHILLIPS
CLERK SUPERIOR COURT
BALDWIN COUNTY, GEORGIA


1600 Penn Ave
Washington D.C. 20500

SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: Michael Mukassy

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE **Baldwin** COUNTY SUPERIOR COURT BEFORE **Hugh V. Wingfield III**, JUDGE OF SUPERIOR COURT, IN ROOM ____ OF THE **Baldwin** COUNTY COURTHOUSE AT **9** O'CLOCK (A.M.)/P.M. ON THE **11** DAY OF **June**, 20**08**, AND TO BRING WITH YOU INTO SAID COURT CERTAIN **Material/Evidence**, TO BE USED AS EVIDENCE BY **Harry T. Lyde** IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN **Harry T. Lyde #1211352** AND **Alexis E. L. Chase Et=Al Warden**, CASE NO. **08CV42010**.

THE FOLLOWING ARE HEREBY SUBPOENAED: All File, Notes, Lists Surveillence Names of Agencies Federal, State, Local, Shareing Evidence Sharing with Homeland Security FBI, CIA, Et.Al. Politican Local, State And Federal who Shared information for gain + Did Abuse. As it Relate to "Harry Lyde and Assoc." Any Evidence Court orders to produce any Request Full files by your agencies from 2002 G.8 meet to NYC Republican Convention, NYC ky.

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS ____ DAY OF _____, 20 ____.

_____
DEPUTY CLERK, SUPERIOR COURT

US of America Att. General
C/o Michael Mukasey
Michael Mukassey
US Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20001
20530-0001

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: U.S. Judiciary Comm. AlAN F. Coffey Jr.

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE **Baldwin** COUNTY SUPERIOR COURT BEFORE **Hugh V. Wingfield III**, JUDGE OF SUPERIOR COURT, IN ROOM ____ OF THE **Baldwin** COUNTY COURTHOUSE AT **9** O'CLOCK (A.M.)/P.M. ON THE **11** DAY OF **June**, 20**08**, AND TO BRING WITH YOU INTO SAID COURT CERTAIN **Materials/Evidence** TO BE USED AS EVIDENCE BY **Harry T. Lyde** IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN **Harry T. Lyde #121352** AND **Alexis F.L. Chase ET-Al**, CASE NO. **08CV42010**.

THE FOLLOWING ARE HEREBY SUBPOENAED: written All letter from the Attorney General as to why under title #5 He refuse to give Information to me and His notice to Congress as to His refusel to Do so, As prescribed By law Notes must go to Congress on Refusel under title 5 Freedom of Information act. By gov't agencies

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS ____ DAY OF _____, 20___.

_____
DEPUTY CLERK, SUPERIOR COURT

c/o AlAN F Coffey Jr. Chief Counsel
Chair. Waxman USCJC
chair. Canyor USCJC
Chair. Laehy USCJC
U.S. Capital Building
Washington, D.C. 20001

SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: Kenneth A. Richieri

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE __Baldwin__ COUNTY SUPERIOR COURT BEFORE __Hugh V. Wingfield__, JUDGE OF SUPERIOR COURT, IN ROOM____ OF THE __Baldwin__ COUNTY COURTHOUSE AT __9 AM__ O'CLOCK (A.M.)/P.M. ON THE __11__ DAY OF __June__, 20__08__, AND TO BRING WITH YOU INTO SAID COURT CERTAIN __Materials/Evidence__ TO BE USED AS EVIDENCE BY __Harry T. Lyde 1211352__ IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN __Harry T. Lyde # 1211352__ AND __Warden Alexis E.L. Chase ET-Al__, CASE NO __CV#08CV42010__

THE FOLLOWING ARE HEREBY SUBPOENAED: All File's Note's Name's List of Names Concerning. F.B.I, Homeland Security are Any Agenice of the US gov.t Local or State Any Telecommunication Communities And Any Communication you had with Harry T. Lyde or John or Jane Doe. Above Wire Tape's Surveillences

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS _____ DAY OF _____, 20____.

_____
DEPUTY CLERK, SUPERIOR COURT

To: The New York Times Co.
620 Eighth Ave.
New York NY 10018
C/O Kenneth A. Richieri
SR. V.P. General Counsel

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE

**STATE OF GEORGIA**
**BALDWIN COUNTY**

TO: ATT

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE Baldwin COUNTY SUPERIOR COURT BEFORE Hugh V. Wingfield IV, JUDGE OF SUPERIOR COURT, IN ROOM _____ OF THE Baldwin COUNTY COURTHOUSE AT 9 O'CLOCK A.M./P.M. ON THE 11th DAY OF June, 20 08, AND TO BRING WITH YOU INTO SAID COURT CERTAIN Wire tapes, Call records, Contracts, Phone records TO BE USED AS EVIDENCE BY Harry T. Lyle IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN Harry T. Lyle 121/352

AND _____, CASE NO. _____.

THE FOLLOWING ARE HEREBY SUBPOENAED: All electronic information, Wire tapes, Surveillance Tapes and correspondence denying me access to information you shared with Homeland Security and President Bush to which I am entitled under FOIA and Title 5

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS _____ DAY OF _____, 20 ____.

__Katty Cowart__
DEPUTY CLERK, SUPERIOR COURT

P.O. Box 100-120
Columbus, SC 29202

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: _Global Telecommunications Groups_

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE _Baldwin_ COUNTY SUPERIOR COURT BEFORE _Hugh V. Wingfield, III_, JUDGE OF SUPERIOR COURT, IN ROOM _____ OF THE _Baldwin_ COUNTY COURTHOUSE AT _9_ O'CLOCK A.M./P.M. ON THE _17th_ DAY OF _June_, 20_08_, AND TO BRING WITH YOU INTO SAID COURT CERTAIN _wire tapes, Phone Calls, Contracts_ TO BE USED AS EVIDENCE BY _Harry T. Hyde_ IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN _Harry T. Hyde  121/352_

AND _____, CASE NO. _CV08-01480PJH_

THE FOLLOWING ARE HEREBY SUBPOENAED: _All electronic information on wire tapes, surveillance tapes and correspondence shared with Homeland Security and President Bush to which I am entitled under FOIA and Title 5_

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS _____ DAY OF _____, 20____.

_[signature]_

DEPUTY CLERK, SUPERIOR COURT

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: Verizon Wireless

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE Baldwin COUNTY SUPERIOR COURT BEFORE Hugh Wingfield III , JUDGE OF SUPERIOR COURT, IN ROOM_____ OF THE Baldwin COUNTY COURTHOUSE AT 9 O'CLOCK A.M./P.M. ON THE 11th DAY OF June , 20 08 , AND TO BRING WITH YOU INTO SAID COURT CERTAIN wire tapes, Phone records and contracts TO BE USED AS EVIDENCE BY Harry T. Lyde IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN Harry T. Lyde 121/352

AND _____, CASE NO. CV08-01480PJH

THE FOLLOWING ARE HEREBY SUBPOENAED: All electronic information, wire tapes, Surveillance tapes and correspondence shared with Homeland Security and President Bush to which I am also entitled under FOIA and Title 5.

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS _____ DAY OF _____, 20___.

_____
DEPUTY CLERK, SUPERIOR COURT

SUBPOENA FOR THE PRODUCTION OF EVIDENCE

STATE OF GEORGIA
BALDWIN COUNTY

TO: Sprint

YOU ARE HEREBY REQUIRED TO BE AND APPEAR AT THE Baldwin COUNTY SUPERIOR COURT BEFORE Hugh Wingfield III, JUDGE OF SUPERIOR COURT, IN ROOM ___ OF THE Baldwin COUNTY COURTHOUSE AT 9 O'CLOCK A.M./P.M. ON THE 17th DAY OF June, 20 08, AND TO BRING WITH YOU INTO SAID COURT CERTAIN Wire tapes, Phone Records, Contracts TO BE USED AS EVIDENCE BY Harry T. Lyde IN A CERTAIN CASE PENDING IN SAID COURT BETWEEN Harry T. Lyde #1211352 AND _____, CASE NO. CV08-01480PJH

THE FOLLOWING ARE HEREBY SUBPOENAED: All electronic information wire tapes, surveillance tapes and correspondence shared with Homeland Security and President Bush to which I am also entitled under FOIA and Title 5

HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.

WITNESS, _____ JUDGE OF SAID COURT THIS ____ DAY OF _____, 20 ____.

_Katty Conwell_
DEPUTY CLERK, SUPERIOR COURT

## INFORMATION/PRIVACY ACT REQUEST

USA Art # 5 Title
Georgia Administrative Procedure Act
Georgia Government Documents Act
Georgia Records Act  NY State FIA

TO: Sec. Gonzales Att. General         FR: Harry T. Lyde
    USA Congress Chairs/Senator/House      800-121-352
    Judiciary Committee                     P.O. Box 206 MSP E-2
    Gov. Sonny Perdue of GA                 Davis Boro, GA 31018-0206
    Gov. Mark Spitzer of NY

Pursuant to Official Code of Georgia Annotated Title 50 Chapter 13, Sections 3 and 9 "Adoption of Agency's Rules of Organization and Practice, Public inspection and Validity of Rules, Policies, Orders, Decisions, and Opinions - Petition for Agency's Promulgation of Rules," Title 50, Chapter 18, Section(s) 70 and 71 "Inspection of Public Records, Right of Access to Make Reproductions." I, the undersigned, identified as above, respectfully request the following information: Wire Taps & Surveillances on or about: 2002 Jan. to Present: the Home Land Security of the USA along with the States of NY & GA USA Gov't and its agencies State & its Peoples the State of NY and its agencies State and Local Law Enforcement Agencies at and before the G-8 Summit on St Simons Isl GA & G.O.P. Conv. NYC on Harry Lyde + GOP

If for any reason(s) any of the above described information or material is deemed to be non-releasable, please specify the statutory and regulatory reason(s) and the name & title of the person(s) making such decisions.

Your kind reply within the next twenty (20) working days would be very much appreciated. In the event that I do not receive any reply within that time, I will deem this formal request as denied and will have no alternate option but to seek access to the above request information and material through the appropriate judicial remedies. Sanctioned by O.C.G.A. 50-18-73 "Jurisdiction to Enforce."

X Respectfully submitted, _____ Lyde _____

SWORN AND SUBSCRIBED BEFORE ME THIS 13 DAY OF June 19 2007

Notary Public
(SEAL)    My commission expires  October 11, 2010

OFFICIAL SEAL
SHATISHA WILSON
Notary Public, Georgia
RICHMOND COUNTY
My Commission Expires
OCT. 11, 2010



Larry Hyde 12113522
P.O. Box 396 MSPCNM 4-B
Aurelius, Georgia 31034-0396

Office of the Clerk
US District Court
450 Golden Gate Avenue
San Francisco, California 94102

U.S. POSTAGE PAID
ATLANTA, GA 30304
MAY 01, '08
AMOUNT $5.25
00053949-62